# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2016

### NO. 03-14-00505-CV

**Jerry Hofrock, Appellant**

**v.**

**Judy Hornsby, Appellee**

**APPEAL FROM 169TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on July 18, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.